# In the United States Court of Federal Claims

|  |  |
|---|---|
| HIGHMARK, INC., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 20-1686C <br> (Filed: January 5, 2022) |

**ORDER**

On January 3, 2022, the parties filed a joint status report requesting to continue the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **March 4, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge