# In the United States Court of Federal Claims

| | |
|---|---|
| HIGHMARK, INC., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 20-1686C <br> (Filed: March 4, 2022) |

## ORDER

On March 3, 2022, the parties in this case filed a Stipulation to Enter Partial Final Judgment. ECF No. 21. They ask the Court to enter final judgment on Count I of Plaintiffs' complaint. See Compl. ¶¶ 96–115, ECF No. 1. Count I sets forth Plaintiffs' damages claim for unpaid cost-sharing reduction ("CSR") payments under section 1402 of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010), for 2017.

The parties stipulate that the Federal Circuit's decisions establishing the government's obligation to make CSR payments entitle Plaintiffs to unpaid CSR payments through December 31, 2017, in the amount of $1,182,810.97. See Cmty. Health Choice, Inc. v. United States, 970 F.3d 1364 (Fed. Cir. 2020); Sanford Health Plan v. United States, 969 F.3d 1370 (Fed. Cir. 2020).

Pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims, the Court determines that there is no just reason to delay final judgment on Count I of Plaintiffs' complaint. Accordingly, the Court directs the Clerk to enter judgment for Plaintiffs on Count I in the amount of $1,182,810.97. Count I of Plaintiffs' complaint is **DISMISSED** with prejudice. Each party shall bear its own costs.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge