# In the United States Court of Federal Claims

No. 20-1686 C
Filed: March 4, 2022

**HIGHMARK, INC.,**
et al.

      v.

**THE UNITED STATES**

**RULE 54(b)**
**JUDGMENT**

      Pursuant to the court's Order, filed March 4, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed March 3, 2022,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the amount of $1,182,810.97, on Count I of plaintiffs' complaint as it relates to cost-sharing reduction (CSR) payments through December 31, 2017, and Count I of the complaint is dismissed with prejudice.   Each party shall bear its own costs, attorney fees, and expenses.

                                           Lisa L. Reyes
                                           Clerk of Court

                            By:    s/ Debra L. Samler

                                           Deputy Clerk