# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| HIGHMARK, INC, *et al.*,<br><br>                              Plaintiffs,<br><br>            v.<br><br>THE UNITED STATES,<br><br>                              Defendant. | No. 20-1686 C<br>Judge Kaplan |

## JOINT STATUS REPORT

Pursuant to the Court's April 4, 2022 order (ECF No. 28), the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have also presented joint stipulations for entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On April 4, 2022, the Court ordered the parties to file a joint status report on or before May 4, 2022.

The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond. CSR Plaintiffs are reviewing the Government's response, after which the parties plan to meet and confer regarding the Government's response and the

potential mutual resolution of pending CSR claims for benefit years 2018 and beyond. The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

     Accordingly, the parties jointly request that the Court continue the stay in this case and the parties will file a Joint Status Report within 30 days to update the Court on the status of their efforts to fully resolve this matter.

| | |
|---|---|
| May 4, 2022 | Respectfully submitted, |
| | |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | |
| | PATRICIA M. McCARTHY.<br>Director |
| /s/ Lawrence S. Sher | |
| Lawrence S. Sher (D.C. Bar No. 430469)<br>REED SMITH LLP<br>1301 K Street NW<br>Suite 1000-East Tower<br>Washington, DC 20005<br>Telephone: 202.414.9200<br>Facsimile: 202.414.9299<br>Email: lsher@reedsmith.com | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director<br><br>/s/ David M. Kerr<br>DAVID M. KERR<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 307-3390<br>Email:  David.M.Kerr@usdoj.gov |
| *Of Counsel:* | |
| Gregory Vose (PA Bar No. 324912)<br>REED SMITH LLP<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: 412.288.3131<br>Facsimile: 412.288.3063<br>Email: gvose@reedsmith.com | OF  COUNSEL:<br><br>ALBERT S. IAROSSI<br>Trial Attorney<br>Civil Division<br>U.S. Department of Justice |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |