IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| HIGHMARK, INC, *et al.*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>THE UNITED STATES,<br><br>                              Defendant. | No. 20-1686 C<br>Judge Kaplan |

**JOINT STATUS REPORT**

Pursuant to the Court's May 4, 2022 order (ECF No. 30), the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings.

This case is currently stayed because the Government is working with a number of CSR Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have stipulated to entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On May 4, 2022, the Court ordered the parties to file a joint status report on or before June 3, 2022.

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years 2018 and beyond without further litigation. On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR

damages owed for benefit years 2018 and beyond. On May 20, 2022, counsel for the Government and for a number of CSR Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the proposed settlement methodology and to share relevant data. On May 23, 2022, CSR Plaintiffs responded to the Government's April 28, 2022 letter. The Government is reviewing the CSR Plaintiffs' letter, after which the parties plan to meet to continue to discuss and refine the potential mutual resolution of pending CSR claims for benefit years 2018 and beyond. The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation. Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

    Accordingly, the parties jointly request that the Court continue the stay in this case and the parties will file a Joint Status Report within 45 days to update the Court on the status of their efforts to fully resolve this matter.

June 3, 2022                                    Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney
                                                General

/s/ Lawrence S. Sher                            PATRICIA M. McCARTHY.
Lawrence S. Sher (D.C. Bar No. 430469)          Director
REED SMITH LLP
1301 K Street NW
Suite 1000-East Tower                           /s/ Claudia Burke
Washington, DC 20005                            CLAUDIA BURKE
Telephone: 202.414.9200                         Assistant Director
Facsimile: 202.414.9299
Email: lsher@reedsmith.com                      /s/ David M. Kerr
                                                DAVID M. KERR
*Of Counsel:*                                   Trial Attorney
                                                Commercial Litigation Branch
Gregory Vose (PA Bar No. 324912)                Civil Division
REED SMITH LLP                                  U.S. Department of Justice
Reed Smith Centre                               P.O. Box 480
225 Fifth Avenue, Suite 1200                    Ben Franklin Station
Pittsburgh, PA 15222                            Washington, DC 20044
Telephone: 412.288.3131                         Telephone:   (202) 307-3390
Facsimile: 412.288.3063                         Email:  David.M.Kerr@usdoj.gov
Email: gvose@reedsmith.com
                                                OF  COUNSEL:
*Attorneys for Plaintiffs*
                                                ALBERT S. IAROSSI
                                                Trial Attorney
                                                Civil Division
                                                U.S. Department of Justice

                                                *Attorneys for Defendant*