# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| HIGHMARK, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 20-1686C |
| | ) | (Filed: December 6, 2022) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

On December 5, 2022, the parties filed a joint status report requesting the Court to continue the stay of proceedings in this case. For good cause shown, the parties' request is **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **January 19, 2023**, advising the Court whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge