# In the United States Court of Federal Claims

| | |
|---|---|
| HAIGHMARK, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | No. 20-1686C<br>(Filed: January 19, 2023) |

**ORDER**

On January 19, 2023, the parties filed a joint status report requesting that the Court continue the stay of proceedings in this case. For good cause shown, the parties' request is **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **March 6, 2023**, advising the Court whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge