# In the United States Court of Federal Claims

| | |
|---|---|
| HIGHMARK, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 20-1686C <br> (Filed: November 29, 2023) |

**ORDER**

On November 28, 2023, the parties filed a joint status report requesting that the Court continue the stay of proceedings in this case. ECF No. 60. For good cause shown, the parties' request is **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **January 26, 2024**, advising the Court on their efforts to resolve this matter.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge